UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------
DAVID SAMPSON,

        Plaintiff,

   v.

THE CITY OF SCHENECTADY,          99-CV-1331 (LEK)

        Defendant,

RICHARD BARNETT, Individually
and as Agent, Servant and/or
Employee and Police Officer of
the City of Schenectady and
the City of Schenectady Police
Department,

        Defendant,

MICHAEL SILER, Individually
and as Agent, Servant and/or
Employee and Police Officer of
the City of Schenectady and
the City of Schenectady Police
Department,

        Defendant.
================================

RICHARD BARNETT,

        Cross-Defendant,

MICHAEL SILER,

        Cross-Defendant.
--------------------------------

## CERTIFICATE OF SERVICE BY MAIL

    The undersigned hereby certifies that she is an employee of the United States Attorney for the Northern District of New York and is a person of such age and discretion as to be competent to serve papers.

U.S. DISTRICT COURT
N.D. OF N.Y
FILED
JAN 03 2001
LAWRENCE K. BAERMAN, CLERK
ALBANY

That on January 3, 2001 she served a copy of the Order to Show Cause, United States' Memorandum of Law, Affidavit in Support of Order to Show Cause and Proposed Order in the above-referenced matter by facsimile to the following parties to this action:

Kevin A. Luibrand, Esq.
Tobin & Dempf
33 Elk Street
Albany, New York 12207
fax: 518-463-7489

Eugene Napierski, Esq.
Napierski, Vandenburg & Napierski
296 Washington Avenue Extension
Albany, New York 12203
fax: 518-862-1519

William J. Dreyer, Esq.
Dreyer Boyajian LLP
75 Columbia Street
Albany, New York 12210
463-7784          fax:   463-4039

                                      Sharon B. Stanton
                                      Legal Secretary



**U. S. Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 231*     TEL: (518) 431-0247
*James T. Foley U.S. Courthouse*     FAX: (518) 431-0249
*Albany, New York 12207-2924*

January 3, 2001

Hon. Lawrence K. Baerman, Clerk
United States District Court
Northern District of New York
445 Broadway, Room 345
Albany, New York 12207-2936

    Re: <u>Sampson v. City of Schenectady, et. al</u>, 99-CV-1331 (LEK)
        **UNDER SEAL**

Dear Mr. Baerman:

    Enclosed please find the Certificate of Service for the above reference matter, which indicates that copies of the Order to Show Cause and all supporting documents were served this date via facsimile to all parties listed.

                    Very truly yours,

                    DANIEL J. FRENCH
                    UNITED STATES ATTORNEY

                    BY: *Donald T. Kinsella*

                    Donald T. Kinsella
                    Assistant U.S. Attorney
                    Chief, Criminal Division

/sbs

cc:   Hon. Ralph W. Smith, Jr.